United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | Case No.: 5:11-CV-02161-LHK |
| Plaintiff, | ORDER RE: NOTICE OF SETTLEMENT |
| v. | |
| NTT MCKEE RETAIL CENTER, LLC; WELLS FARGO BANK, N.A., TRUSTEE OF THE ROBERT AND HELEN REEL TRUSTS; RAVINDER N. SHARMA dba STOP N SAVE; DANA N. PHAN dba TAPIOCA EXPRESS, | (re: dkt # 33) |
| Defendants. | |

On May 30, 2012, Plaintiff Anthony Lerma ("Plaintiff") filed a Notice of Settlement with the remaining Defendants in the above-captioned matter. *See* ECF No. 33. Plaintiff requests until August 11, 2012, to file the dispositional documents but provides no explanation why the parties require more than two months to finalize the settlement. *Id.* Under General Order 56, a plaintiff whose case does not resolve at mediation has seven calendar days within which to file a motion for administrative relief requesting a case management conference. Accordingly, by June 14, 2012, Plaintiff shall file either a stipulation of dismissal or a status report explaining his failure to do so. If no stipulation of dismissal is filed by June 14, 2012, the Court will set this matter for a case management conference.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-02161-LHK
ORDER RE: NOTICE OF SETTLEMENT