1
2
3
4

K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

5
6

Attorneys for Plaintiff
Anthony Lerma

7

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

ANTHONY LERMA,

12

                    Plaintiff,

13

            vs.

14

NTT MCKEE RETAIL CENTER, LLC, et al.,

15

                    Defendants.

16

17

)
)
)
)
)
)
)
)
)
)
)
)
)

No: 5:11-CV-02161-LHK

**STIPULATION FOR DISMISSAL OF
DANA N. PHAN DBA TAPIOCA
EXPRESS ONLY; [~~PROPOSED~~] ORDER**

18

        IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff")

19

and Defendant Dana N. Phan dba Tapioca Express ("Defendant"), by and through their

20

respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Dana

21

N. Phan dba Tapioca Express be dismissed with prejudice from this action.

22

        IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been

23

settled as between them and all issues and controversies have been resolved to their mutual

24

satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

25

of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of*

26

*America,* 511 U.S. 375, 381-82 (1994).

27

///

28

///

Date: June 13, 2012                     MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff Anthony Lerma


Date: June 13, 2012                     FARLING, HECHT & DAVIS LLP


                                        /s/ Roger Hecht
                                        Roger Hecht
                                        Attorney for Defendant Dana N. Phan dba
                                        Tapioca Express




## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.      Plaintiff Anthony Lerma and Defendant Dana N. Phan dba Tapioca Express shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.      By consent of Plaintiff Anthony Lerma and Defendant Dana N. Phan dba Tapioca Express, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3.      Except as provided for in paragraphs 1 and 2 above, Dana N. Phan dba Tapioca Express is dismissed with prejudice from this action.

**IT IS SO ORDERED.**


Dated:  June 13, 2012          _Lucy H. Koh_____
                               United States District Court Judge


*Lerma v. NTT McKee Retail Center, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order
                               Page 2