K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, | No: 5:11-CV-02161-LHK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF RAVINDER N. SHARMA DBA STOP N SAVE ONLY; [PROPOSED] ORDER** |
| vs. | |
| NTT MCKEE RETAIL CENTER, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff") and Defendant Ravinder N. Sharma dba Stop N Save ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Ravinder N. Sharma dba Stop N Save be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

*Lerma v. NTT McKee Retail Center, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

| | | |
|---|---|---|
| Date: June 13, 2012 | | MOORE LAW FIRM, P.C. |

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Anthony Lerma

Date: June 13, 2012                                    FARLING, HECHT & DAVIS LLP

/s/ Roger Hecht
Roger Hecht
Attorney for Defendant Ravinder N. Sharma dba Stop N Save

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Anthony Lerma and Defendant Ravinder N. Sharma dba Stop N Save shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Anthony Lerma and Defendant Ravinder N. Sharma dba Stop N Save, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Ravinder N. Sharma dba Stop N Save is dismissed with prejudice from this action.

**IT IS SO ORDERED.**   The Clerk shall close the file.

Dated:  June 13, 2012                          _Lucy H. Koh_____
                                               United States District Court Judge

*Lerma v. NTT McKee Retail Center, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order
                                   Page 2